UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ESSLINGER,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. CV 05-2672-OP<br><br>JUDGMENT |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

/ / /

/ / /

/ / /

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of the Social Security Administration.  Thus, Michael J. Astrue is substituted for Commissioner JoAnne B. Barnhart pursuant to Federal Rule of Civil Procedure 25(d)(1).

1

1  IT IS ADJUDGED that Judgment be entered reversing the decision of the
Commissioner of Social Security and remanding this matter for further
administrative proceedings consistent with this Memorandum Opinion.

DATED: March 24, 2008

/s/ Oswald Parada
HONORABLE OSWALD PARADA
United States Magistrate Judge